# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tony P. Trimble,

                     Plaintiff,                   Civil No. 09-1367 (RHK/RLE)

vs.

                                              **ORDER**

Wealth Management, LLC, et al.,

                    Defendants.

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  June 11. 2009

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge