UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Tony P. Trimble, Trustee of the Tony
P. Trimble Revocable Trust Agreement dated
September 4, 1998,

        Plaintiff,        Civil No. 09-1367 (RHK/RLE)
                                      **FINDINGS OF FACT,
                                      CONCLUSIONS OF LAW,
                                      AND ORDER FOR
                                      JUDGMENT**
v.

Wealth Management, LLC; James
Putnam; and Simone Fivola,

        Defendants.
_____

        This matter came before the Court on July 28, 2010, upon Plaintiff's Motion for Default Judgment as to James Putman Pursuant to Rule 55(b)(2) (Doc. No. 16). Matthew W. Haapoja, Esq., appeared on behalf of Plaintiff. There was no appearance for Defendant Putman.

        Based on the Motion papers, arguments of counsel, and all of the files, records and proceedings herein, the Court makes the following:

### **FINDINGS OF FACT**

        1.     This Court has jurisdiction over the subject matter of this action.

        2.     On June 15, 2009, Defendant Putman was served with the Summons and Complaint in this matter, alleging that he engaged in transactions, acts, practices, or courses of business constituting securities fraud under federal and Minnesota law.

1

3. Defendant Putman has not timely answered or otherwise responded to the Complaint.

4. Defendant Putman's default was entered by the Clerk of the Court on May 26, 2010, pursuant to Federal Rule of Civil Procedure 55(a).

5. The Notice of Motion for Default, Motion for Default as to James Putman, and supporting documents were served by mail upon Defendant Putman, and he has made no response.

Based on the foregoing Findings of Fact, the Court makes the following:

## CONCLUSIONS OF LAW

1. Defendant Putman is in default, having failed to timely answer or otherwise plead.

2. Default judgment as to Defendant Putman is appropriate.

3. Plaintiff is entitled to the entry of Judgment against Defendant Putman in the amount of $857,001.04.

Based upon the foregoing Conclusions of Law, **IT IS ORDERED** that Plaintiff shall recover of Defendant Putman the amount of Eight Hundred Fifty-Seven Thousand One and 04/100 Dollars ($857,001.04).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 2, 2010

               s/Richard H. Kyle
               RICHARD H. KYLE
               United States District Judge