# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Tony P. Trimble, Trustee of the Tony P. Trimble Revocable Trust Agreement dated September 4, 1998, | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff(s) | Case Number:   09-CV-01367 RHK/RLE |
| v. | |
| Wealth Management, LLC; James Putman; and Simone Fevola, | |
| Defendant(s) | |

It appearing that defendant(s) James Putman is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

   **DEFAULT IS HEREBY ENTERED** against James Putman

this 26th day of May,  2010.


                                          RICHARD D. SLETTEN, CLERK

                                          s/J. Zuech

                              (By)   J. Zuech                Deputy Clerk

Form Modified 06/28/04